USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/20

**PERKINSCOIE**

1155 Avenue of th
22nd Floor
New York, NY 10036-2711

PerkinsCoie.com

February 25, 2020

Dennis C. Hopkins
DHopkins@perkinscoie.com
D. +1.212.262.6916
F. +1.212.977.1646

**VIA ECF AND EMAIL**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1306
New York, New York 10007

**MEMO ENDORSED**

Re: *Guglielmo v. Card Kingdom, Inc.*, 1:20-cv-00820-ALC

Dear Judge Carter:

We represent the Defendant, Card Kingdom, Inc. ("Card Kingdom"), in the above-captioned case. Defendant Card Kingdom respectfully requests an extension of the time to answer or otherwise respond to the complaint filed in this action until April 2, 2020. The present date by which Card Kingdom is scheduled to respond to the complaint is March 3, 2020. This is Card Kingdom's first request for an extension of time to respond to the complaint. We have conferred with counsel for Plaintiff and counsel consents to this extension. No other scheduled dates will be affected should the Court grant this extension.

Respectfully submitted,

/s/ Dennis Hopkins
Dennis Hopkins

DH/

cc: David Paul Force (*counsel for Plaintiff Joseph Guglielmo*)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
February 26, 2020