USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**JOSEPH GUGLIELMO,**
*And On Behalf Of All Other Persons Similarly Situated*,

                              **Plaintiff,**

                 -against-

**CARD KINGDOM, INC.,**

                             **Defendant.**
-------------------------------------------------------------------- x

**20-CV-820 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

**Dated:**     **April 14, 2020**
                **New York, New York**

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**